

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00781-CV

**CITY OF SHAVANO PARK**,
Appellant

v.

**ARD MOR, INC.**, Texas Ardmor Properties, L.P., and Texas Ardmor Management, LLC,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-10796
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, (1) the trial court's order denying appellant's plea to the jurisdiction with respect to appellees' request that the trial court declare Ordinance No. O-2014-014 void is AFFIRMED; (2) the trial court's order denying appellant's plea to the jurisdiction with respect to appellees' equal protection claim and appellees' *ultra vires* claim is REVERSED and judgment dismissing those claims is RENDERED in favor of appellant; and (3) the trial court's order denying appellant's plea to the jurisdiction with respect to appellees' request that the trial court declare the Development and Annexation Agreement void is REVERSED and the cause is REMANDED for further proceedings consistent with this opinion.

It is ORDERED that costs are assessed against the party that incurred them.

SIGNED July 29, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice